

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00105-CR

TRISTAN BLAYDE FLOWERS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2017F00270

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

MEMORANDUM OPINION

The appellant, Tristan Blayde Flowers, has submitted to his attorney a personal letter requesting dismissal of his appeal in this matter. The letter was submitted to this Court as part of a motion to dismiss filed by counsel, and we view the letter as the clearest possible expression of Flowers' desire to dismiss this appeal. As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant Flowers' request. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss this appeal.


Ralph K. Burgess
Justice

Date Submitted:     August 13, 2018
Date Decided:       August 14, 2018

Do Not Publish